FILED by **DD** D.C.

May 1, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**18-60114-CR-BLOOM/VALLE**
CASE NO. _____

18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)

UNITED STATES OF AMERICA

vs.

DAVID PAUL ROHRIG,

    **Defendant.**
_____/

### INFORMATION

The United States Attorney charges that:

On or about December 5, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID PAUL ROHRIG,**

did knowingly possess matter, that is, a Seagate portable hard drive, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

1

## CRIMINAL FORFEITURE ALLEGATIONS

Upon conviction of an offense in violation of Title 18, United States Code, Section 2252, as alleged in this Information, the defendant, **DAVID PAUL ROHRIG**, shall forfeit to the United States:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received, in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and

(c) any property, real or personal, which the defendant used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property includes, but is not limited to one (1) Seagate portable hard drive, bearing serial number NA1L8J6M.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853.

*[signature]*
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

*[signature]*
M. CATHERINE KOONTZ
SPECIAL ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **DAVID PAUL ROHRIG**            Case No: _____

Count: 1

Possession of Child Pornography

18 U.S.C. § 2252(a)(4)(B) and (b)(2)

*Max. Penalty: 20 years' imprisonment; $1,000,000 fine; a term of 5 years to life of supervised release.

Count:



*Max. Penalty:

Count:



*Max. Penalty:

Count:



*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

vs.
                                CERTIFICATE OF TRIAL ATTORNEY*

**DAVID PAUL ROHRIG,**

                       **Defendant.**
_____/  **Superseding Case Information:**

**Court Division**: (Select One)          New Defendant(s)    ____ Yes    ____ No
                                          Number of New Defendants  ____
   Miami ____     Key West ____    Total number of counts  ____
   FTL __X__     WPB ____    FTP ____

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    NO
   List language and/or dialect    _____

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)

   I    0 to 5 days      __X__      Petty        ____
   II   6 to 10 days     ____       Minor        ____
   III  11 to 20 days    ____       Misdem.      ____
   IV   21 to 60 days    ____       Felony       __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court?    ____    (Yes or No)
   If yes:
   Judge: _____    Case No. _____
           (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    No    (Yes or No)
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of    _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the District of    _____

   Is this a potential death penalty case?    No    (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    __X__ No

                                                _____
                                                CATHERINE KOONTZ
                                                ASSISTANT UNITED STATES ATTORNEY
                                                Court Number A5501929

Penalty Sheet(s) attached

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| DAVID PAUL ROHRIG | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*