# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: DAVID PAUL ROHIG (B)    CASE NO: 18-60114-CR-BLOOM

AUSA: Cathy Koontz /Terry Lindsey    ATTY: Jason Kreiss (perm)
(If applicable-appeals colloquy)

AGENT: ____    VIOL: ____

PROCEEDING: ~~REPORT RE COUNSEL~~/ARRAIGNMENT    RECOMMENDED BOND: ____

BOND HEARING HELD - yes / no    COUNSEL APPOINTED: ____

BOND SET @: ____    To be cosigned by: ____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

ATTY KREISS FILED PERM. NOTICE OF APPEARANCE THIS MORNING.

Waiver of indictment signed in open court.

~~Reading of Indictment Waived~~
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL: ____

PTD/BOND HEARING: ____

PRELIM/ARRAIGN. OR REMOVAL: ____

CHECK IF APPLICABLE ____: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 7-31-18    TIME: 11:00am    DAR: 11:10:41    PAGE

5 min